**Theodore J. WILLIAMS,**
**Plaintiff–Appellant,**

v.

**Dean WALKER; Ricky Anderson; Robert Guy; Captain Justice; Lieutenant Carroll; Officer Byrd; Cindy Haynes; Nurse Condrey; Sheila Taylor, Nurse; Alice Lennard; David Bobo, Individually and in their official capacities, Defendants–Appellees.**

No. 00–7052.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 29, 2000.

Decided Jan. 10, 2001.

Theodore J. Williams, pro se. William McBlief, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before LUTTIG, DIANA GIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Theodore J. Williams appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Walker*, No. CA–97–168–4–MU (W.D .N.C. July 17, 2000). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*